UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DILCIA MEJIA FLORES,

Petitioner,

v.                                              CAUSE NO. 3:26-CV-408-CCB-SJF

SAM OLSON, et al.,

Respondents.

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the respondents to release the petitioner if she was not provided with an individualized bond hearing on or before April 24, 2026. (ECF 11.) The respondents notified the court that the petitioner had a bond hearing on April 22, 2026. (ECF 14.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on April 29, 2026.

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT